HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DOUGLAS BEEVERS, Bar #766
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JORGE HIDALGO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JORGE HIDALGO,<br><br>　　　　　　Defendant.<br>_____ | NO. CR. S-13-158-TLN<br><br>**STIPULATION AND ORDER**<br>**CONTINUING STATUS CONFERENCE**<br>**AND EXCLUDING TIME**<br><br>Date: October 24, 2013<br>Time: 9:30 a.m.<br>Judge: Hon. Troy L. Nunley |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, CHRISTIAAN HIGHSMITH, Assistant United States Attorney, attorney for Plaintiff, and DOUGLAS BEEVERS, attorney for JORGE HIDALGO, that the status conference hearing date of August 29, 2013 be vacated, and the matter be set for status conference on October 24, 2013 at 9:30 a.m.

　　　The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, as well as continue negotiations toward resolving the case.

　　　Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including October 24, 2013 pursuant to 18 U.S.C. §3161

1  (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based
2  upon continuity of counsel and defense preparation.

3  DATED:  August 29, 2013                 Respectfully submitted,
4
                                           HEATHER E. WILLIAMS
5                                          Federal Defender
6
7                                          */s/ Douglas Beevers*
                                           DOUGLAS BEEVERS
8                                          Attorney for Defendant
                                           JORGE HILDAGO
9
10 DATED:  August 29, 2013                 BENJAMIN WAGNER
                                           United States Attorney
11
12
                                           */s/ Douglas Beevers for*
13                                         CHRISTIAAN HIGHSMITH
                                           Assistant U.S. Attorney
14                                         Attorney for Plaintiff
15
16
17                                **ORDER**

18      UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
19 ordered that the August 29, 2013, status conference hearing be continued
20 to October 24, 2013, at 9:30 a.m.  Based on the representation of defense
21 counsel and good cause appearing there from, the Court hereby finds that
22 the failure to grant a continuance in this case would deny defense counsel
23 reasonable time necessary for effective preparation, taking into account
24 the exercise of due diligence.  The Court finds that the ends of justice
25 to be served by granting a continuance outweigh the best interests of the
26 public and the defendant in a speedy trial.  It is ordered that time up
27 to and including the October 24, 2013 status conference shall be excluded
28 from computation of time within which the trial of this matter must be

1  commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A)
2  and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time
3  to prepare.
4  Dated: August 29, 2013

Troy L. Nunley
United States District Judge