1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   DOUGLAS J. BEEVERS, #288639
    Assistant Federal Defender
3   Designated Counsel for Service
    801 "I" Street, 3rd Floor
4   Sacramento, CA 95814

5   Attorney for Defendant
    JORGE HIDALGO
6

7

8                   IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   NO. 2:13-CR-00158 TLN
                                     )
12                   Plaintiff,      )   STIPULATION AND ORDER
                                     )   TO CONTINUE STATUS CONFERENCE
13  v.                               )
                                     )   DATE:   November 21, 2013
14  JORGE HIDALGO,                   )   TIME:    9:30 AM
                                     )   JUDGE: Hon. Troy L. Nunley
15                   Defendant.      )
                                     )
16  _____)

17         IT IS HEREBY STIPULATED by and between the parties hereto through their

18  respective counsel, CHRISTIAAN HIGHSMITH, Assistant United States Attorney, attorney for

19  Plaintiff, and DOUGLAS BEEVERS, attorney for JORGE HIDALGO, that the status conference

20  hearing date of November 14, 2013 be vacated, and the matter be set for status conference on

21  November 21, 2013 at 9:30 a.m.

22         The reason for this continuance is to allow defense counsel additional time to review

23  discovery with the defendant, as well as continue negotiations toward resolving the case.

24         Based upon the foregoing, the parties agree that the time under the Speedy Trial Act

25  should be excluded from the date of signing of this order through and including November 21,

26  2013 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local

27  Code T4 based upon continuity of counsel and defense preparation.

28

    *U.S. v. Hidalgo*                      -1-
    Stipulation and Order

1    Dated: November 8, 2013          Respectfully submitted,

2                              HEATHER E. WILLIAMS
Federal Defender

3

*/s/ Douglas Beevers*
4                              DOUGLAS BEEVERS
Assistant Federal Defender
5                              Attorney for Defendant
JORGE HIDALGO

6

7

8    Dated: November 8, 2013          BENJAMIN B. WAGNER
United States Attorney

9                              */s/ Christiaan Highsmith*
CHRISTIAAN HIGHSMITH
10                             Assistant United States Attorney
Attorney for Plaintiff

11

12                         **O R D E R**

13       UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the

14   November 14, 2013, status conference hearing be continued to November 21, 2013, at 9:30 a.m.

15   Based on the representation of defense counsel and good cause appearing there from, the Court

16   hereby finds that the failure to grant a continuance in this case would deny defense counsel

17   reasonable time necessary for effective preparation, taking into account the exercise of due

18   diligence.   The Court finds that the ends of justice to be served by granting a continuance

19   outweigh the best interests of the public and the defendant in a speedy trial.   It is ordered that

20   time up to and including the November 21, 2013 status conference shall be excluded from

21   computation of time within which the trial of this matter must be commenced under the Speedy

22   Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow

23   defense counsel reasonable time to prepare.

24       **IT IS SO ORDERED.**

25   Dated: November 12, 2013

26

27                               Troy L. Nunley
28                               United States District Judge