HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
JORGE HIDALGO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JORGE HIDALGO,<br><br>    Defendant. | NO. 2:13-CR-00158 TLN<br><br>STIPULATION AND ORDER<br>TO CONTINUE STATUS CONFERENCE<br><br>DATE:  December 19, 2013<br>TIME:   9:30 AM<br>JUDGE: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, CHRISTIAAN HIGHSMITH, Assistant United States Attorney, attorney for Plaintiff, and DOUGLAS BEEVERS, attorney for JORGE HIDALGO, that the status conference hearing date of November 21, 2013 be vacated, and the matter be set for status conference on December 19, 2013 at 9:30 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, as well as continue negotiations toward resolving the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including December 19, 2013 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

| | |
|---|---|
| Dated: November 19, 2013 | Respectfully submitted, |
| | HEATHER E. WILLIAMS<br>Federal Defender |
| | */s/ Douglas Beevers*<br>DOUGLAS BEEVERS<br>Assistant Federal Defender<br>Attorney for Defendant<br>JORGE HIDALGO |
| Dated: November 19, 2013 | BENJAMIN B. WAGNER<br>United States Attorney |
| | */s/ Christiaan Highsmith*<br>CHRISTIAAN HIGHSMITH<br>Assistant United States Attorney<br>Attorney for Plaintiff |

**O R D E R**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the November 21, 2013, status conference hearing be continued to December 19, 2013, at 9:30 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the December 19, 2013 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

**IT IS SO ORDERED.**

DATED: November 19, 2013

Troy L. Nunley
United States District Judge

*U.S. v. Hidalgo*
Stipulation and Order
-2-